IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin L Thompson,<br><br>          Plaintiff,<br><br>v.<br><br>Resurgent Capital Services LP, et al.,<br><br>          Defendants. | No. CV-22-00205-TUC-SHR<br><br>**Order Extending Deadline for Plaintiff to Respond to Defendants' Motion to Dismiss** |

Having reviewed Plaintiff Benjamin Thompson's unopposed Motion to Extend Time to File Response to Defendants' Motion to Dismiss (Doc. 20), and good cause appearing,

**IT IS ORDERED** the Motion to Extend (Doc. 20) **is GRANTED** and Plaintiff shall file his Response to Defendants' Motion to Dismiss on or before **Tuesday, July 19, 2022**.

**IT IS ORDERED** Defendants shall file their Reply in support of the Motion to Dismiss on or before **Tuesday, August 2, 2022**.

Dated this 29th day of June, 2022.

Honorable Scott H. Rash
United States District Judge